UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: PRABHAKAR, LAWRENCE P § Case No. 10-73414
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 08, 2010. The undersigned trustee was appointed on August 23, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $      79,700.27

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 79,700.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 11/30/2010 and the deadline for filing governmental claims was 11/30/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,235.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,235.01, for a total compensation of $7,235.01.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $70.82, for total expenses of $70.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2011            By:/s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 10-73414
Case Name: PRABHAKAR, LAWRENCE P
Period Ending: 03/18/11

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 07/08/10 (f)
§341(a) Meeting Date: 08/23/10
Claims Bar Date: 11/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 10314 Wentworth Place, Belvidere, IL 6 | 410,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1440 4th Ave, Rockford, IL (titled in Shanti Ala | 72,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | JP Morgan Chase - checking - subject to Amcore B | 4,750.00 | 4,750.00 | | 4,501.24 | FA |
| 4 | JP Morgan Chase - savings - subject to Amcore Ba | 150.00 | 100.00 | | 100.00 | FA |
| 5 | JP Morgan Bank - checking #3611 (account is insu | 1,435.26 | 98.00 | | 98.00 | FA |
| 6 | JP Morgan Chase - custodial savings for minor da | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Riverside Community Bank - checking (total estim | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal complement of household goods & furnishin | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Normal complement of clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wedding band, wristwatch | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Golf clubs | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Pacific Life - universal life - spouse is benefi | 40,977.02 | 0.00 | DA | 0.00 | FA |
| 13 | Northwestern Mutual - whole life - spouse is ben | 7,353.88 | 0.00 | DA | 0.00 | FA |
| 14 | Surety Life - variable life - spouse is benefici | 8,237.86 | 0.00 | DA | 0.00 | FA |
| 15 | Primerica - term life - spouse is beneficiary | 1.00 | 0.00 | DA | 0.00 | FA |
| 16 | Edward Jones - College 529 Account for son | 57,000.00 | 44,000.00 | | 32,386.26 | FA |
| 17 | Edward Jones College 529 account for minor daugh | 34,000.00 | 21,000.00 | | 19,318.12 | FA |
| 18 | Edward Jones College 529 account for minor daugh | 23,000.00 | 10,000.00 | | 13,068.14 | FA |
| 19 | Edward Jones College 529 account for minor daugh | 18,000.00 | 5,000.00 | | 10,227.48 | FA |
| 20 | Edward Jones - 401(K) Rockford Surgical (subject | 313,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Edward Jones - IRA | 25,600.00 | 0.00 | DA | 0.00 | FA |
| 22 | Shanti Alaya, LLC (100%) | 1.00 | 0.00 | DA | 0.00 | FA |
| 23 | Scolar Investments, LLC (50%) | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Rockford Surgical, SC (shareholder - non transfe | 1.00 | Unknown | | 0.00 | FA |
| 25 | 2006 Toyota Highlander | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2005 Honda Odessy (fmv estimated @ $6000) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2 dogs | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.03 | FA |

Printed: 03/18/2011 09:15 AM    V.12.56

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-73414  
Case Name: PRABHAKAR, LAWRENCE P  
Period Ending: 03/18/11

Trustee: (330400) JOSEPH D. OLSEN  
Filed (f) or Converted (c): 07/08/10 (f)  
§341(a) Meeting Date: 08/23/10  
Claims Bar Date: 11/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Assets   Totals (Excluding unknown values) | $1,043,007.02 | $84,948.00 | | $79,700.27 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   September 30, 2011          Current Projected Date Of Final Report (TFR):   March 18, 2011 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73414 | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | PRABHAKAR, LAWRENCE P | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***8635 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/18/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/11 | | National Account Services | 1/2 balance of (3) Accounts @ JP Morgan | | 4,699.24 | | 4,699.24 |
| | {5} | | 98.00 | 1129-000 | | | 4,699.24 |
| | {4} | | 100.00 | 1129-000 | | | 4,699.24 |
| | {3} | | 4,501.24 | 1129-000 | | | 4,699.24 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,699.26 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,699.29 |
| 03/02/11 | | Lawrence Prabhakar | | | 75,000.00 | | 79,699.29 |
| | {16} | | 32,386.26 | 1129-000 | | | 79,699.29 |
| | {17} | | 19,318.12 | 1129-000 | | | 79,699.29 |
| | {18} | | 13,068.14 | 1129-000 | | | 79,699.29 |
| | {19} | | 10,227.48 | 1129-000 | | | 79,699.29 |
| 03/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.98 | | 79,700.27 |
| 03/18/11 | | To Account #9200******3966 | Prep. of F. Rpt | 9999-000 | | 79,700.27 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 79,700.27 | 79,700.27 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 79,700.27 | |
| | | **Subtotal** | | | 79,700.27 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$79,700.27** | **$0.00** | |

{} Asset reference(s)

Printed: 03/18/2011 09:15 AM    V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-73414 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PRABHAKAR, LAWRENCE P | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***8635 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/18/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/11 | | From Account #9200******3965 | Prep. of F. Rpt | 9999-000 | 79,700.27 | | 79,700.27 |
| | | | ACCOUNT TOTALS | | 79,700.27 | 0.00 | $79,700.27 |
| | | | Less: Bank Transfers | | 79,700.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts : 79,700.27

Net Estate : $79,700.27

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******39-65 | 79,700.27 | 0.00 | 0.00 |
| Checking # 9200-******39-66 | 0.00 | 0.00 | 79,700.27 |
| | $79,700.27 | $0.00 | $79,700.27 |

{} Asset reference(s)

Printed: 03/18/2011 09:15 AM    V.12.56

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: November 30, 2010

Case Number: 10-73414  
Debtor Name: PRABHAKAR, LAWRENCE P

Page: 1

Date: March 18, 2011  
Time: 09:15:29 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $7,235.01 | $0.00 | 7,235.01 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $70.82 | $0.00 | 70.82 |
| 200 | U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 | Admin Ch. 7 | | $250.00 | $0.00 | 250.00 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $2,940.00 | $0.00 | 2,940.00 |
| 1<br>100 | Lincoln State Bank<br>304 E Highway 38<br>Rochelle, IL 61068 | Secured | Allowed as secured but no distribution | $0.00 | $0.00 | 0.00 |
| 2<br>100 | Rockford Bank & Trust Company<br>PO Box 1748<br>Rockford, IL 61110 | Secured | Allowed as secured but no distribution | $0.00 | $0.00 | 0.00 |
| 3<br>610 | Reno & Zahm, LLP<br>2902 McFarland Road<br>Suite 400<br>Rockford, IL 61107 | Unsecured | | $13,577.17 | $0.00 | 13,577.17 |
| 4<br>610 | Amcore Bank/Harris Bank<br>by Bayview Loan Services,Much Shelist<br>c/o Martin Wasserman,191 N Wacker Ste 18<br>Chicago, IL 60606 | Unsecured | | $2,794,958.44 | $0.00 | 2,794,958.44 |
| 5<br>610 | Amcore Bank/Harris Bank<br>by Bayview Loan Services,Much Shelist<br>c/o Martin Wasserman,191 N Wacker Ste 18<br>Chicago, IL 60606 | Unsecured | Duplicates Clm #4. | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 2,819,031.44 | 0.00 | 2,819,031.44 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-73414
Case Name: PRABHAKAR, LAWRENCE P
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**   $   79,700.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   79,700.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 7,235.01 | 0.00 | 7,235.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 70.82 | 0.00 | 70.82 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,940.00 | 0.00 | 2,940.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:   $   10,495.83
Remaining balance:   $   69,204.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   69,204.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 69,204.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,808,535.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Reno & Zahm, LLP | 13,577.17 | 0.00 | 334.55 |
| 4 | Amcore Bank/Harris Bank | 2,794,958.44 | 0.00 | 68,869.89 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 69,204.44 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**