**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PRABHAKAR, LAWRENCE P  § Case No. 10-73414
  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $904,670.76     Assets Exempt:  $412,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $69,204.44     Claims Discharged
                                                Without Payment: $2,739,331.17

Total Expenses of Administration: $10,495.83

3) Total gross receipts of $ 79,700.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $79,700.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,013,857.39 | $302,852.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,305.83 | 10,495.83 | 10,495.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,097,317.75 | 5,603,494.05 | 2,808,535.61 | 69,204.44 |
| **TOTAL DISBURSEMENTS** | $4,111,175.14 | $5,913,652.56 | $2,819,031.44 | $79,700.27 |

4) This case was originally filed under Chapter 7 on July 08, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2011           By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JP Morgan Chase - checking - subject to Amcore B | 1129-000 | 4,501.24 |
| JP Morgan Chase - savings - subject to Amcore Ba | 1129-000 | 100.00 |
| JP Morgan Bank - checking #3611 (account is insu | 1129-000 | 98.00 |
| Edward Jones - College 529 Account for son | 1129-000 | 32,386.26 |
| Edward Jones College 529 account for minor daugh | 1129-000 | 19,318.12 |
| Edward Jones College 529 account for minor daugh | 1129-000 | 13,068.14 |
| Edward Jones College 529 account for minor daugh | 1129-000 | 10,227.48 |
| Interest Income | 1270-000 | 1.03 |
| **TOTAL GROSS RECEIPTS** | | **$79,700.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lincoln State Bank | 4110-000 | 48,000.00 | 44,795.83 | 0.00 | 0.00 |
| 2 | Rockford Bank & Trust Company | 4110-000 | 245,033.74 | 258,056.85 | 0.00 | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 20,192.82 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 166,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | JP Morgan Chase Bank, N.A. | 4110-000 | 147,092.18 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance LLC | 4110-000 | 372,538.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,013,857.39 | $302,852.68 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 7,235.01 | 7,235.01 | 7,235.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 70.82 | 70.82 | 70.82 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 2,940.00 | 2,940.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,305.83 | 10,495.83 | 10,495.83 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Reno & Zahm, LLP | 7100-000 | N/A | 13,577.17 | 13,577.17 | 334.55 |
| 4 | Amcore Bank/Harris Bank | 7100-000 | N/A | 2,794,958.44 | 2,794,958.44 | 68,869.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Amcore Bank/Harris Bank | 7100-000 | N/A | 2,794,958.44 | 0.00 | 0.00 |
| NOTFILED | John Prabhakar | 7100-000 | 160,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 813.00 | N/A | N/A | 0.00 |
| NOTFILED | Reno & Zahm, LLP | 7100-000 | 19,785.75 | N/A | N/A | 0.00 |
| NOTFILED | iRent Real Estate E Drive | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Reno & Zahm, LLP | 7100-000 | 2,306.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 2,354.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank/Harris Bank | 7100-000 | 2,900,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,659.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 3,097,317.75 | 5,603,494.05 | 2,808,535.61 | 69,204.44 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73414  
**Case Name:** PRABHAKAR, LAWRENCE P  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/08/10 (f)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 08/02/11  
**Claims Bar Date:** 11/30/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 10314 Wentworth Place, Belvidere, IL 6 | 410,000.00 | 0.00 | DA | 0.00 | FA |
| 2  1440 4th Ave, Rockford, IL (titled in Shanti Ala | 72,000.00 | 0.00 | DA | 0.00 | FA |
| 3  JP Morgan Chase - checking - subject to Amcore B | 4,750.00 | 4,750.00 |  | 4,501.24 | FA |
| 4  JP Morgan Chase - savings - subject to Amcore Ba | 150.00 | 100.00 |  | 100.00 | FA |
| 5  JP Morgan Bank - checking #3611 (account is insu | 1,435.26 | 98.00 |  | 98.00 | FA |
| 6  JP Morgan Chase - custodial savings for minor da | 0.00 | 0.00 | DA | 0.00 | FA |
| 7  Riverside Community Bank - checking (total estim | 500.00 | 0.00 | DA | 0.00 | FA |
| 8  Normal complement of household goods & furnishin | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9  Normal complement of clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 10  Wedding band, wristwatch | 300.00 | 0.00 | DA | 0.00 | FA |
| 11  Golf clubs | 100.00 | 0.00 | DA | 0.00 | FA |
| 12  Pacific Life - universal life - spouse is benefi | 40,977.02 | 0.00 | DA | 0.00 | FA |
| 13  Northwestern Mutual - whole life - spouse is ben | 7,353.88 | 0.00 | DA | 0.00 | FA |
| 14  Surety Life - variable life - spouse is benefici | 8,237.86 | 0.00 | DA | 0.00 | FA |
| 15  Primerica - term life - spouse is beneficiary | 1.00 | 0.00 | DA | 0.00 | FA |
| 16  Edward Jones - College 529 Account for son | 57,000.00 | 44,000.00 |  | 32,386.26 | FA |
| 17  Edward Jones College 529 account for minor daugh | 34,000.00 | 21,000.00 |  | 19,318.12 | FA |
| 18  Edward Jones College 529 account for minor daugh | 23,000.00 | 10,000.00 |  | 13,068.14 | FA |
| 19  Edward Jones College 529 account for minor daugh | 18,000.00 | 5,000.00 |  | 10,227.48 | FA |
| 20  Edward Jones - 401(K) Rockford Surgical (subject | 313,000.00 | 0.00 | DA | 0.00 | FA |
| 21  Edward Jones - IRA | 25,600.00 | 0.00 | DA | 0.00 | FA |
| 22  Shanti Alaya, LLC (100%) | 1.00 | 0.00 | DA | 0.00 | FA |
| 23  Scolar Investments, LLC (50%) | 0.00 | 0.00 | DA | 0.00 | FA |
| 24  Rockford Surgical, SC (shareholder - non transfe | 1.00 | Unknown |  | 0.00 | FA |
| 25  2006 Toyota Highlander | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 26  2005 Honda Odessy (fmv estimated @ $6000) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 27  2 dogs | 100.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-73414  
**Case Name:** PRABHAKAR, LAWRENCE P  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/08/10 (f)  
**§341(a) Meeting Date:** 08/23/10  

**Period Ending:** 08/02/11  
**Claims Bar Date:** 11/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 1.03 | FA |
| 28 | **Assets** **Totals** (Excluding unknown values) | **$1,043,007.02** | **$84,948.00** | | **$79,700.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011    **Current Projected Date Of Final Report (TFR):**    March 18, 2011 (Actual)

Printed: 08/02/2011 08:04 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-73414 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PRABHAKAR, LAWRENCE P | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***8635 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/10/11 | | National Account Services | 1/2 balance of (3) Accounts @ JP Morgan | | 4,699.24 | | 4,699.24 |
| | {5} | | 98.00 | 1129-000 | | | 4,699.24 |
| | {4} | | 100.00 | 1129-000 | | | 4,699.24 |
| | {3} | | 4,501.24 | 1129-000 | | | 4,699.24 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,699.26 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,699.29 |
| 03/02/11 | | Lawrence Prabhakar | | | 75,000.00 | | 79,699.29 |
| | {16} | | 32,386.26 | 1129-000 | | | 79,699.29 |
| | {17} | | 19,318.12 | 1129-000 | | | 79,699.29 |
| | {18} | | 13,068.14 | 1129-000 | | | 79,699.29 |
| | {19} | | 10,227.48 | 1129-000 | | | 79,699.29 |
| 03/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 0.98 | | 79,700.27 |
| 03/18/11 | | To Account #9200******3966 | Prep. of F. Rpt | 9999-000 | | 79,700.27 | 0.00 |

| | | | ACCOUNT TOTALS | 79,700.27 | 79,700.27 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 0.00 | 79,700.27 | |
| | | | **Subtotal** | **79,700.27** | **0.00** | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$79,700.27** | **$0.00** | |

{} Asset reference(s)

Printed: 08/02/2011 08:04 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-73414 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PRABHAKAR, LAWRENCE P | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***8635 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 08/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/18/11 | | From Account #9200******3965 | Prep. of F. Rpt | 9999-000 | 79,700.27 | | 79,700.27 |
| 05/11/11 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,940.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,940.00 | 76,760.27 |
| 05/11/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $7,235.01, Trustee Compensation;  Reference: | 2100-000 | | 7,235.01 | 69,525.26 |
| 05/11/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $70.82, Trustee Expenses;  Reference: | 2200-000 | | 70.82 | 69,454.44 |
| 05/11/11 | 104 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 69,204.44 |
| 05/11/11 | 105 | Reno & Zahm, LLP | Dividend paid   2.46% on $13,577.17; Claim# 3; Filed: $13,577.17; Reference: | 7100-000 | | 334.55 | 68,869.89 |
| 05/11/11 | 106 | Amcore Bank/Harris Bank | Dividend paid   2.46% on $2,794,958.44; Claim# 4; Filed: $2,794,958.44; Reference: | 7100-000 | | 68,869.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 79,700.27 | 79,700.27 | $0.00 |
| | | | Less: Bank Transfers | | 79,700.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 79,700.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $79,700.27 | |

Net Receipts :   79,700.27
Net Estate :   $79,700.27

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******39-65 | 79,700.27 | 0.00 | 0.00 |
| Checking # 9200-******39-66 | 0.00 | 79,700.27 | 0.00 |
| | $79,700.27 | $79,700.27 | $0.00 |

{} Asset reference(s)                                                                                                  Printed: 08/02/2011 08:04 AM    V.12.57